**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 25- 10457 -JCM |
| | : | (Chapter 13) |
| JOHN R. TALASKY, JR. | : | Judge John C. Melaragno |
| | : | |
| Debtor. | : | |
| | : | |
| JOHN R. TALASKY, JR. | : | Document No. |
| | : | |
| Movant, | : | Related to Document No. |
| | : | |
| vs. | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ., | : | MOTION NO.   WO-1 |
| Standing Chapter 13 Trustee and | : | |
| ERIE METROPOLITAN TRANSIT | : | |
| AUTHORITY | : | |
| | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE OF AMENDED ORDER TO PAY TRUSTEE**
**PURSUANT TO WAGE ATTACHMENT AND**
**NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

I certify under penalty of perjury that I served the ***Amended Order to Pay Trustee Pursuant to Wage Attachment*** and ***Notification of Debtor's Social Security Number (Local Bankruptcy Form 12)*** on the parties at the addresses specified below or on the attached list on **September 30, 2025.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

**ELECTRONIC NOTIFICATION**:

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

**FIRST CLASS MAIL:**

Erie Metropolitan Transit
Authority
Attn: Payroll Administrator
127 East 14th Street
Erie, PA 16503

    If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

  September 30, 2025                    /s/ MICHAEL J. GRAML
                                                      MICHAEL J. GRAML, ESQ.
                                                      Attorney for Debtor/Movant
                                                      714 Sassafras Street
                                                      Erie, PA 16501
                                                      (814) 459-8288
                                                      PA I.D. No. 50220
                                                      mattorney@neo.rr.com